## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ISMALIS MENDOZA,

       Plaintiff,

       v.

MARRIOTT INTERNATIONAL, INC., a Foreign Profit Corporation, and SOUTH BEACH TRISTAR, LLC, a Florida limited liability company,

       Defendants.

CASE NO. _____

L.C. Case No. 2020-002389-CA-01.

## **DEFENDANTS' NOTICE OF REMOVAL**

Defendants Marriott International, Inc. ("Marriott"), and South Beach Tristar, LLC ("Tristar")(collectively, "Defendants") by and through their undersigned counsel, and pursuant to 28 U.S.C. §§ 1441(a) and 1446(b), hereby remove this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division.  A short and plain statement of the grounds for removal is as follows:

    1.    On February 4, 2020, Plaintiff filed this action against Defendants in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2020-002389-CA-01.

    2.    The Summons and Complaint were served on Defendant Marriott International, Inc. on February 18, 2020.  Pursuant to 28 U.S.C. § 1446(b), this notice is filed

timely within thirty (30) days after Defendant Marriott received Plaintiff's Summons and Complaint.

3.     Plaintiff's Complaint contains a claim for unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), as well as claims that Plaintiff was subjected to discrimination and a hostile work environment on the basis of her disability. Accordingly, pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), this Court has original jurisdiction with respect to the FLSA claim because it is an action to recover damages or to secure equitable relief or any other relief under an Act of Congress. Furthermore, this Court has supplemental jurisdiction with respect to disability claims pursuant to 28 U.S.C. §§ 1441(c) and 1367(a), as such claims also arise from her purported employment with Defendants and from part of the same case or controversy as the FLSA claim.  Furthermore, Plaintiff has filed a charge of discrimination with the EEOC with respect to her disability claims, which is still pending before the Commission, and Plaintiff will in all likelihood move to amend her Complaint to bring additional claims under the Americans With Disabilities Act, 42 U.S.C. § 12101, *et seq.,* once a notice of right to sue is received from the Commission. Therefore, removal to this Court of the FLSA and disability claims is proper.

4.     The events alleged by Plaintiff giving rise to Plaintiff's FLSA and disability claims allegedly occurred in Miami-Dade County, Florida, which is within this Court's district.  (Complaint at ¶¶ 18-19.)  Accordingly, venue is proper in the Miami Division of the United States District Court, Southern District of Florida.

5.      Pursuant to 28 U.S.C. § 1446(a), Defendants have attached a copy of all process, pleadings, and orders served upon Defendants in this action.  (See attached Composite Exhibit A.)

6.      Pursuant to 28 U.S.C. § 1446(d), Defendants have given written notice of this notice of removal to Plaintiff, the only adverse party.  In addition, Defendants have filed a copy of the notice of filing notice of removal with the clerk of the state court, which shall effect the removal. (See attached Exhibit B.)

Dated this 18th day of March, 2020.

>                                     Respectfully submitted,
>
>                                     By: /s/ *Dawn Siler-Nixon*
>                                     Dawn Siler-Nixon
>                                     Florida Bar No. 0993360
>                                     E-mail:  Dsiler-nixon@fordharrison.com
>                                     Nicholas S. Andrews
>                                     Florida Bar No. 0105699
>                                     E-mail: nandrews@fordharrison.com
>                                     FORD & HARRISON LLP
>                                     101 E. Kennedy Blvd., Suite 900
>                                     Tampa, FL  33602
>                                     (813) 261-7800  Telephone
>                                     (813) 261-7899  Facsimile
>
>                                     Attorneys for Defendants
>                                     Marriott International, Inc. and South Beach
>                                     Tristar, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been sent via e-mail to:

Anisley Tarragona, Esq.
anisley@btattorneys.com
Jason D. Berkowitz, Esq.
jason@btattorneys.com
BT Law Group, PLLC
3050 Biscayne Blvd., Suite 205
Miami, FL 33137

Attorney for Plaintiff Ismalis Mendoza

/s/ *Dawn Siler-Nixon*
Dawn Siler-Nixon

WSACTIVELLP:11357958.1